Submitted June 11, affirmed June 30, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*
*v.*
ALANA NICOLE DONAHUE,
*Defendant-Appellant.*

Lane County Circuit Court
16CR21843; A171824

489 P3d 629

Clara L. Rigmaiden, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Andrew D. Robinson, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Philip Thoennes, Assistant Attorney General, filed the brief for respondent.

Before Ortega, Presiding Judge, and Shorr, Judge, and Powers, Judge.

PER CURIAM

Affirmed. *State v. Merrill*, 311 Or App 487, 492 P3d 722 (2021); *State v. Redick*, 312 Or App 260, 491 P3d 87 (2021).